IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: Timkia Hogan | ) | |
| SSN: XXX-XX-3488 | ) | |
| | ) | Case No. 19-82382-CRJ-13 |
| | ) | |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s), | ) | |

## DEBTOR'S NOTICE TO CONVERT CASE TO CHAPTER 7

The Debtor, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-styled case under Chapter 7 of the Bankruptcy Code. The Debtor is entitled to convert his case as:

1. Debtor's original case, 19-82382, filed on August 9, 2019 is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtor, Timkia Hogan, is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

3. The Debtor will file amended schedules as needed.

/s/ Timkia Hogan
Timkia Hogan

Respectfully submitted,

/s/ John C. Larsen
Attorney for Debtor

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008
John@JLarsenLaw.com

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the above and foregoing Notice to Convert Case has been served on all the creditors listed on the attached matrix by U.S. mail postage prepaid and properly addressed and on Michele Hatcher, Chapter 13 Trustee, electronically on this the 23th day of August, 2019.

      /s/ John C. Larsen
OF COUNSEL

| Label Matrix for local noticing<br>1126-8<br>Case 19-82382-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri Aug 23 12:21:00 CDT 2019 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Blitt & Gaines, P.C.<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 |
|---|---|---|
| Bridgecrest<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cbcs<br>Po Box 275<br>Columbus, OH 43216-0275 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Kohls/Capital One<br>Kohls Card Support/Bankruptcy<br>Po Box 3120<br>Milwaukee, WI 53201-3120 | Med Data Systems<br>Attn: Bankruptcy Dept<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 |
| Merchants? Credit Guide Co.<br>223 West Jackson Boulevard<br>Suite 700<br>Chicago, IL 60606-6914 | Nuvell Credit Company<br>P.O Box 380901<br>Minneapolis, MN 55438-0901 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811-9190 | Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Timkia Hogan<br>2600 Wynterhall Rd.<br>Huntsville, AL 35803-7919 |

End of Label Matrix
Mailable recipients    14
Bypassed recipients    0
Total    14